# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVEL STETSKO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SINAI I INC. d/b/a SINAI VAN SERVICE and YEFIM PORTNOV, in his individual and professional capacity,<br><br>Defendants. | Case No.: 1:25-cv-3222-OEM-VMS<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:  BRENNA B. MAHONEY
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Pursuant to Federal Rule of Civil Procedure ("FRCP") 55(a) and Local Civil Rule 55.1 of the U.S. District Court for the Eastern District of New York, Plaintiff Pavel Stetsko ("Plaintiff") requests a Clerk's certificate of entry of default against Defendant Yefim Portnov, for failure to plead or otherwise defend this action.  Within an accompanying declaration, I affirm that Defendant:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under FRCP 4 and proof of service having been filed with the court; and

4) has defaulted in appearance in the above captioned action.

1

Dated: July 17, 2025
      New York, New York

**FARUQI & FARUQI, LLP**

By: _____

Innessa M. Huot
Camilo M. Burr

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com
cburr@faruqilaw.com

*Attorneys for Plaintiffs, the*
*Proposed FLSA Collective, and*
*the Proposed NYLL Class*