UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVEL STETSKO, on behalf of himself and others similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br>SINAI I INC. d/b/a SINAI VAN SERVICE and YEFIM PORTNOV, in his individual and professional capacity,<br><br>               Defendants. | Case No.: 1:25-cv-3222-OEM-VMS<br><br>[PROPOSED] CERTIFICATE OF DEFAULT |

      I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Plaintiff commenced this action on June 9, 2025, with the filing of a Summons and Complaint. ECF No. 1. On June 25, 2025, Plaintiff served Defendant Yefim Portnov ("Defendant" or "Portnov"), by personally serving an agent authorized to receive service at the company address located at 1224 Brunswick Avenue, 2nd Floor, Far Rockaway, NY 11691. Plaintiff filed proof of service on June 26, 2025. *See* ECF No. 7. The docket entries further show that Portnov has neither answered nor moved with respect to the Complaint, and that the time to answer the Complaint or to so move has expired.

      The default of Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York

_____, 2025                               BRENNA B. MAHONEY,
                                                                      CLERK OF THE COURT


                                                                      By: _____
                                                                           Clerk or Deputy Clerk