**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAVEL STETSKO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SINAI I INC. d/b/a SINAI VAN SERVICE and YEFIM PORTNOV, in his individual and professional capacity,<br><br>Defendants. | Case No.: 1:25-cv-3222-OEM-VMS<br><br>**AFFIRMATION OF SERVICE** |

I, MAYA LISBIN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York.

That on July 17, 2025, I served the Request for Certificate of Default, [Proposed] Certificate of Default, and the Declaration of Innessa M. Huot in support of Request for Certificate of Default (*see* ECF No. 9), upon the following Defendant via first class United States Postal Service mail:

Yefim Portnov
1224 Brunswick Avenue, 2nd Floor
Far Rockaway, NY 11691

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:  July 17, 2025

                                                  */s/Maya Lisbin*
                                                  Maya Lisbin